THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0097-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ARJAY CARAANG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and extend the due date for pretrial motions (Dkt. No. 21). Defendant filed a speedy trial waiver with this motion (Dkt. No. 22). The Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to engage an expert to conduct an examination of the firearm at issue is this matter, which would make it unreasonable to expect adequate

preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

    4. Taking into account the exercise of due diligence, a continuance is necessary to allow the Defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

It is ORDERED that the trial date is continued from October 30, 2017, to January 16, 2018. It is also ORDERED that the resulting period of delay from the date of this order to January 16, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). Finally, it is ORDERED that pretrial motions are due no later than December 18, 2017.

DATED this 18th day of September 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk