THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0097-JCC |
| Plaintiff, | ORDER |
| v. | |
| ARJAY CARAANG, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue trial (Dkt. No. 35). Pursuant to the motion, the Court FINDS as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to accommodate its witness, who will not be available to offer testimony within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court ORDERS that the trial date in this case be continued to July 23, 2018 at 9:30 a.m. All pretrial motions shall be filed no later than June 25, 2018. It is further ORDERED that the resulting period of delay from the date of this order to July 23, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 7th day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE