UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0097-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ARJAY CARAANG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to file an over-length brief (Dkt. No. 39). Finding good cause, the Court GRANTS the motion (Dkt. No. 39). The Government's response to Defendant's motion to suppress (Dkt. No. 32) shall not exceed 15 pages.

DATED this 27th day of April 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk