THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0097-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ARJAY CARAANG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to file an overlength reply (Dkt. No. 44). Finding good cause, the Court GRANTS the motion (Dkt. No. 44.) The Court will consider the entire 15 page reply brief Defendant submitted on May 4, 2018.

DATED this 7th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0097-JCC
PAGE - 1