UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0097-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ARJAY CARAANG, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's supplemental memorandum to its motion to compel Defendant to provide fingerprints (Dkt. No. 49). Having reviewed the Government's supplemental memorandum, the Court DIRECTS the Clerk to TERMINATE the Government's motion to compel Defendant to provide fingerprints (Dkt. No. 48) as moot.

DATED this 7th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk