THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0097-JCC |
| Plaintiff, | ORDER |
| v. | |
| ARJAY CARAANG, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for return of passport (Dkt. No. 68). The Government does not oppose the motion. Defendant was indicted of being a felon in possession of a firearm and ammunition. (Dkt. No. 1.) As part of his pre-trial appearance bond, Defendant was required to surrender his passport to the Court. (Dkt. No. 15.) Defendant subsequently pled guilty to being a felon in possession of a firearm and the Court imposed a credit for time served sentence. (Dkt. Nos. 65, 66.)

Following sentencing, the Clerk's Office filed a notice of intent to forward Defendant's passport to the Department of State. (Dkt. No. 67.) Defendant objects to his passport being forwarded to the Department of State and instead asks that it be returned to his defense attorney. (Dkt. No. 68.) The Court ORDERS the following:

The Clerk of Court is DIRECTED to release Defendant's passport and deliver it to Assistant Federal Defender Mohammad Ali Hamoudi. Mr. Hamoudi may pick up the passport

ORDER
CR17-0097-JCC
PAGE - 1

1  from the Clerk's Office.

2      DATED this 23rd day of October 2018.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE